**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>   Defendants. | Case No. 24-cv-4034<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Beth W. Jantz** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the amended complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Def No. | Defendant |
|---|---|
| #37 | bestupp |
| #65 | LOVEZELLA |
| #201 | Langel |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: August 8, 2024

                Respectfully submitted,

                /s/Brandon Beymer
                Brandon Beymer (ARDC No. 6332454)
                Daliah Saper (ARDC No. 6283932)
                Saper Law Offices, LLC
                505 N. LaSalle, Suite 60654
                Chicago, Illinois 60654
                (312) 527-4100
                brandon@saperlaw.com
                ds@saperlaw.com
                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, I electronically filed the foregoing with the Court using the CM/ECF system and I will serve Defendants with this Notice of Voluntary Dismissal through email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer
