# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 24-cv-4034<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Beth W. Jantz** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses **without** prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Def No. | Defendant |
|---|---|
| #280 | Joybuy Marketplace Doe Seller #260 |

The respective Defendants have not filed an answer to the Complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: September 6, 2024

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. LaSalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Court using the CM/ECF system and I will serve Defendants with this Notice of Voluntary Dismissal through email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer